# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM and STACY SHIPP, <br><br> Plaintiffs, <br><br> v. <br><br> DONNA DONAHER, et al., <br><br> Defendants. | CIVIL ACTION <br><br> No. 09-2475 |

# ORDER

**AND NOW**, this 25th day of March, 2010, for the reasons stated in the foregoing opinion, it is hereby **ORDERED** as follows:

(1) Plaintiffs' Petition to Supplement the Complaint with Exhibits (Docket No. 2) is **GRANTED**;

(2) Plaintiffs' request for judicial notice (contained in Docket No. 20) is **GRANTED**;

(3) Plaintiffs' Requests for Document Production (contained in Docket Nos. 16 and 20) are **DISMISSED AS MOOT**;

(4) The motion to dismiss filed by defendants PNC Bank, N.A. and James Rohr (Docket No. 14) is **GRANTED**;

(5) The motion to dismiss filed by defendants Donna Donaher and Tucker Arensberg, P.C. (Docket No. 15) is **GRANTED**; and

(6) (a) Counts 1-13, 16-22, and 24-29 of the Complaint, and Count 15 insofar as it

applies to defendants PNC Bank, N.A. and James Rohr are **DISMISSED WITH PREJUDICE**; (b) Counts 14 and 23, and Count 15 insofar as it applies to the remaining defendants, are **DISMISSED WITHOUT PREJUDICE** to refiling an amended complaint within thirty (30) days of the date of this Order; and (c) Counts 30-76 are **DISMISSED WITHOUT PREJUDICE** to inclusion in an amended complaint or refiling in the appropriate state court.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.